NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

(Serial No. 11/005,678)

IN RE GLENN E. RIGGS, JOHN H. KIVELA, ROBERT H. SHELLMAN, JOSEPH F. ROCKY, JR., STANLEY M. BAINOR, RALPH K. BRECHTER, DOUGLAS L. CLARK, JAMES R. CLARK, JON L. CLOW, AMY DALEY, LARRY HU, LOUIS F. INDELICATO, WILLIAM J. LOHAN, MICHAEL M. NAUGHTON, PETER P. NELSON, ALAN D. SHOLLENBERGER, M. NADINE WILLET, DOUG JOHNSTON, DONALD H. MUELLER, MICHAEL D. MICHAUD, ROBERT PHANEUF, and JOSEPH J. BAINOR

2010-1320

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## ORDER

The Director of the United States Patent and Trademark Office moves for a 30-day extension of time, until September 7, 2010, to file his brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__AUG   2 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Robert M. Bauer, Esq.
Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 2 2010

JAN HORBALY
CLERK